# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

|  |  |  |
|---|---|---|
| DANNY DOMINGO PICHARDO CALDERON ARAUS, | § § § § | |
| *Petitioner*, | § § | No. 3:26-CV-01266-LS |
| v. | § § | |
| PAMELA BONDI, U.S. ATTORNEY GENERAL; TODD M. LYONS, DIRECTOR GENERAL OF ICE; AND MICHAEL WATKINS, DIRECTOR, CAMP MONTANA EAST, | § § § § § § | |
| *Respondents*. | § § | |

## ORDER DISMISSING CASE

Petitioner Danny Domingo Pichardo Calderon Araus filed a petition for a writ of habeas corpus.[1] However, Petitioner already has a habeas petition pending before this Court.[2] Therefore, the Court will dismiss this case without prejudice.[3]

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 13, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 2.

[2] Petition for Writ of Habeas Corpus, *Pichardo Calderon Arauz v. U.S. Immigration and Customs Enforcement (ICE)*, No. 3:26-cv-00009-LS (W.D. Tex. Feb. 12, 2026), ECF No. 10.

[3] *See Pittman v. Moore*, 980 F.2d 994, 995 (5th Cir. 1993) ("A district court would be fully justified in dismissing a . . . complaint that is duplicative of prior federal court legislation then being pursued by the same plaintiff.").